FILED
2015 May-26  PM 03:07
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **GERALDINE R. JAMES,** ) | |
| ) | |
|     **Plaintiff,** ) | |
| ) | |
| **vs.** ) | Civil Action Number |
| ) | **5:14-cv-02267-SGC** |
| **CITY OF HUNTSVILLE,** ) | |
| **ALABAMA, et al.,** ) | |
| ) | |
|     **Defendants.** ) | |

## ORDER

The magistrate judge filed her report and recommendation on March 4, 2015, recommending that Defendants' motion to dismiss be granted in part. To date, no party has filed any objections to the report and recommendation. Having now reviewed *de novo* the report and recommendation, the motion to dismiss, and all other relevant court materials, the report is due to be and hereby is **ADOPTED** and the recommendation is **ACCEPTED**.

Accordingly, Defendants' motion to dismiss, doc. 4, is **GRANTED** with respect to the fictitious party Defendants, but **DENIED** in all other respects. Moreover, service on Mark Hudson is **QUASHED** and Plaintiff is **DIRECTED** to serve process on Mr. Hudson in accordance with the Federal Rules of Civil Procedure. Finally, Plaintiff is **DIRECTED** to amend her complaint by June 2,

2015 to plead her allegations with greater specificity. Defendants shall respond to Plaintiff's amended complaint within fourteen (14) days of its filing.

The case is again referred to the magistrate judge for further proceedings.

**DONE** the 26th day of May, 2015.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE