UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| **GERALDINE R. JAMES,**<br>as personal representative of the<br>**Estate of William Dwayne Harris,**<br><br>**Plaintiff,**<br><br>v.<br><br>**CITY OF HUNTSVILLE,**<br>**ALABAMA**, *et al.*,<br><br>**Defendant.** | )<br>)<br>)<br>)<br>)  Civil Action Number<br>)    **5:14-cv-2267-AKK**<br>)<br>)<br>)<br>) |

## ORDER

On December 30, 2016, the magistrate judge entered a report and recommendation, doc. 50, regarding the City of Huntsville's motion for summary judgment, doc. 37, and the parties were allowed fourteen (14) days in which to file objections to the recommendations made by the magistrate judge. Neither party has filed objections.

Having reviewed the pleadings, the briefs, and the magistrate's report and recommendation, the court hereby **ADOPTS** the report of the magistrate judge. The further **ACCEPTS** the recommendation of the magistrate judge that the City's motion for summary judgment be **GRANTED** and this action is **DISMISSED WITH PREJUDICE**.

**DONE** the 23rd day of January, 2017.

*/s/ Abdul Kallon*
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE